[No. 18603–5–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL WAYNE MCVAY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00363–9, Byron L. Swedberg, J., entered May 13, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Winsor, J.

[No. 18209–9–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN DOUGLAS GLOVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–04065–3, Terrence A. Carroll, J., entered March 4, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 21319–9–I.   Division One.   May 2, 1988.]

MARGIE L. WALKER, *Petitioner,* v. BONNEY WATSON COMPANY, *Defendant,* RESTLAWN MEMORIAL PARK, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–02960–5, Shannon Wetherall, J., entered October 16, 1987. *Reversed* by unpublished per curiam opinion.